People v Williams
2026 NY Slip Op 50875(U)
June 9, 2026
Appellate Term, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

The People of the State of New York, Respondent,
v
Jonny Williams, Defendant-Appellant.

Supreme Court, Appellate Term, First Department
Decided on June 9, 2026
570066/20
Present: Tisch, J.P., Perez, Alpert, JJ.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Cori Weston, J.), rendered December 13, 2019, after a nonjury trial, convicting him of attempted criminal possession of a controlled substance in the seventh degree, and imposing sentence.
[*1]
Per Curiam.
Judgment of conviction (Cori Weston, J.), rendered December 13, 2019, reversed, on the law, the accusatory instrument dismissed, and surcharges and fees, if paid, remitted.
As the People concede, the accusatory instrument charging defendant with seventh-degree criminal possession of a controlled substance (see Penal Law § 220.03), was jurisdictionally defective and must be dismissed, since the factual allegations were insufficient to establish that defendant possessed a "controlled substance." In light of the foregoing, we reach no other issues.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 9, 2026